SANDRA L. CHAMPION-INZERO *v.* JAMES J. INZERO
(AC 33103)

Lavine, Alvord and Bear, Js.

Submitted on briefs September 9—officially released September 27, 2011

Per Curiam. The judgment is affirmed.

HSBC BANK USA, NATIONAL ASSOCIATION,
TRUSTEE (NAAC 2007-2) *v.*
DAHILL DONOFRIO ET AL.
(AC 32042)

DiPentima, C. J., and Beach and Peters, Js.

Argued September 12—officially released September 27, 2011

Per Curiam. The judgment is affirmed and the case
is remanded for the purpose of setting a new law day.

STATE OF CONNECTICUT *v.* ALFRED REA
(AC 31867)

Gruendel, Lavine and Mihalakos, Js.

Argued September 12—officially released September 27, 2011

Per Curiam. The judgment is affirmed.